UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAWN KERR,<br><br>        Defendant. | 2:19-po-00367-AC<br><br>[~~Proposed~~] ORDER TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE: May 17, 2021<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-po-00367-AC is GRANTED.

It is further ordered that the status conference scheduled on May 17, 2021, is vacated.

IT IS SO ORDERED.

Dated: May 3, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE